**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLARISSA URIAS INZUNZA, AKA Clariza Urias-Inzunza,<br><br>Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>Respondent. | No. 13-72341<br><br>Agency No. A205-147-211<br><br>ORDER<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 12, 2016<sup>**</sup>
San Francisco, California

Before: D.W. NELSON, O'SCANNLAIN, and TROTT, Circuit Judges.

Urias Inzunza petitions for review of the Board of Immigration Appeals'

decision that she was not entitled to a favorable exercise of discretion in

---

   *    This disposition is not appropriate for publication and is not precedent except as provided by 9th Circuit Rule 36-3.

   **    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

connection with her application for cancellation of removal. 8 U.S.C.

§ 1252(a)(2)(B)(i) precludes judicial review of such a determination.

PETITION DISMISSED.